**MOR-1**                                    **UNITED STATES BANKRUPTCY COURT**

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP           PETITION DATE: January 1, 2013
CASE NUMBER: 13-30009-H1-11                                DISTRICT OF TEXAS: Southern
PROPOSED PLAN DATE: TBD                                    DIVISION: Houston

### MONTHLY OPERATING REPORT SUMMARY   FOR MONTH   JUNE   2013

| MONTH | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 82,668.97 | 82,960.17 | 83,476.50 | 85,596.04 | 89,148.47 | 74,797.87 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 79,516.14 | 44,562.13 | 62,391.52 | -33,171.30 | -10,274.19 | 20,603.19 |
| NET INCOME (LOSS) (MOR-6) | 79,516.14 | 44,562.13 | 62,391.52 | -33,171.30 | -10,274.19 | 20,603.19 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 3,152.83 | 38,398.34 | 21,084.98 | 118,767.34 | 99,422.66 | 54,194.64 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. DATE | |
| CASUALTY | YES ( ) NO ( ) | _-_-_ | |
| LIABILITY | YES ( ) NO ( ) | _-_-_ | |
| VEHICLE | YES ( ) NO ( ) | _-_-_ | |
| WORKER'S | YES ( ) NO ( ) | _-_-_ | |
| OTHER | YES ( ) NO ( ) | _-_-_ | |

CIRCLE ONE

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? Yes **No**
If so, describe
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe
Are all U.S. Trustee Quarterly Fee Payments current? **Yes** No
What is the status of your Plan of Reorganization? FILED - DISCUSSIONS ONGOING

ATTORNEY NAME: Johni Patterson
FIRM NAME: Walker & Patterson
ADDRESS: 4815 Dacoma
         PO Box 61301
CITY, STATE, ZIP: Houston, TX 77208
TELEPHONE/FAX: 713-956-5577

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_  TITLE: CFO
        (ORIGINAL SIGNATURE)
STEVEN PREVOST          7-20-13
(PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98

**MOR-1**

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## COMPARATIVE BALANCE SHEETS

| ASSETS | 1/1/2013 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 1,000.00 | 82,215.76 | 126,777.89 | 189,169.41 | 155,998.11 | 145,723.92 | 166,327.15 |
| Accounts Receivable, Net | 4,145.17 | 4,145.17 | 4,143.17 | 4,143.17 | 4,143.17 | 4,305.17 | 4,698.38 |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Prepaid Expenses | 6,117.21 | 6,117.21 | 6,117.21 | 6,117.21 | 6,117.21 | 6,117.21 | 6,117.21 |
| Escrows Held by Lender | 224,519.17 | 224,519.17 | 224,519.17 | 224,519.17 | 224,519.17 | 224,519.17 | 224,519.17 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL CURRENT ASSETS | 235,781.55 | 316,997.31 | 361,557.44 | 423,948.96 | 390,777.66 | 380,665.47 | 401,661.91 |
| PROPERTY, PLANT & EQUIP. @ COST | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 |
| Less Accumulated Depreciation | | | | | | | |
| NET BOOK VALUE OF PP & E | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 | 8,000,000.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Utility Deposits | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 | 650.00 |
| 4. | | | | | | | |
| TOTAL ASSETS | $8,236,431.55 | $8,317,647.31 | $8,362,207.44 | $8,424,598.96 | $8,391,427.66 | $8,381,315.47 | $8,402,311.91 |

\* Per Schedules and Statement of Affairs

**MOR-2**  0.00  0.00  0.00  0.00  0.00  0.00  0.00

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | 1/1/2013 | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 0.00 | 1,133.46 | 19,988.42 | 14,195.10 | 24,753.46 | 19,355.60 | 21,773.07 |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 6,429,368.00 | 6,429,368.00 | 6,429,368.00 | 6,429,368.00 | 6,429,368.00 | 6,429,368.00 | 6,429,368.00 |
| Priority Debt (prop taxes) | 149,556.00 | 149,556.00 | 149,556.00 | 149,556.00 | 149,556.00 | 149,556.00 | 149,556.00 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt | 249,523.96 | 252,146.72 | 252,146.72 | 252,146.72 | 252,146.72 | 252,146.72 | 252,146.72 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRE-PETITION LIABILITIES | 6,828,447.96 | 6,831,070.72 | 6,831,070.72 | 6,831,070.72 | 6,831,070.72 | 6,831,070.72 | 6,831,070.72 |
| **TOTAL LIABILITIES** | 6,828,447.96 | 6,832,204.18 | 6,851,059.14 | 6,845,265.82 | 6,855,824.18 | 6,850,426.32 | 6,852,843.79 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMON STOCK | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| ADDITIONAL PAID-IN CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | 1,407,982.59 | 1,405,925.99 | 1,387,069.03 | 1,392,862.35 | 1,382,303.99 | 1,387,863.85 | 1,385,839.63 |
| RETAINED EARNINGS: Post Filing Date | 0.00 | 79,516.14 | 124,078.27 | 186,469.79 | 153,298.49 | 143,024.30 | 163,627.49 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 1,407,983.59 | 1,485,443.13 | 1,511,148.30 | 1,579,333.14 | 1,535,603.48 | 1,530,889.15 | 1,549,468.12 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $8,236,431.55 | $8,317,647.31 | $8,362,207.44 | $8,424,598.96 | $8,391,427.66 | $8,381,315.47 | $8,402,311.91 |

* Per Schedules and Statement of Affairs

MOR-3  0.00  0.00  0.00  0.00  0.00  0.00  0.00

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | 1,133.46 | 9,885.11 | 1,174.35 | 8,815.25 | 499.97 | 0.00 |
| TAX PAYABLE | | | | | | |
| Federal Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| State Payroll Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ad Valorem Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. Property Taxes Penalty & Interest | | 10,103.31 | 13,020.75 | 15,938.21 | 18,855.63 | 21,773.07 |
| 2. | | | | | | |
| 3. | | | | | | |
| TOTAL POST-PETITION LIABILITIES (MOR-3) | $1,133.46 | $19,988.42 | $14,195.10 | $24,753.46 | $19,355.60 | $21,773.07 |

*Payment requires Court Approval

**MOR-4**

CASE NAME:   SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## AGING OF POST-PETITION LIABILITIES
MONTH                6/30/2013

| DAYS  | TOTAL       | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | Property Taxes OTHER TAXES | MONTH  |
|-------|-------------|----------------|---------------|-------------|----------------------------|--------|
| 0-30  | 2,917.44    | 0.00           |               |             | 2,917.44                   |        |
| 31-60 | 2,917.44    | 0.00           |               |             | 2,917.44                   |        |
| 61-90 | 2,917.44    | 0.00           |               |             | 2,917.44                   |        |
| 91+   | 13,020.75   | 0.00           |               |             | 13,020.75                  |        |
| TOTAL | $21,773.07  | $0.00          | $0.00         | $0.00       | $21,773.07                 | $0.00  |

## AGING OF ACCOUNTS RECEIVABLE

| 4/30/2013   |            | RENTS    | OTHER    |        |        |        |
|-------------|------------|----------|----------|--------|--------|--------|
| 0-30 DAYS   | 555.21     | 555.21   | 0.00     |        |        |        |
| 31-60 DAYS  | 0.00       | 0.00     | 0.00     |        |        |        |
| 61-90 DAYS  | 0.00       | 0.00     | 0.00     |        |        |        |
| 91+ DAYS    | 4,143.17   | 0.00     | 4,143.17 |        |        |        |
| TOTAL       | $4,698.38  | $555.21  | $4,143.17| $0.00  | $0.00  | $0.00  |

**MOR-5**                                                                   Revised 07/01/98

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## STATEMENT OF INCOME (LOSS)

| | MONTH 1/31/2013 | MONTH 2/28/2013 | MONTH 3/31/2013 | MONTH 4/30/2013 | MONTH 5/31/2013 | MONTH 6/30/2013 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 82,668.97 | 82,960.17 | 83,476.50 | 85,596.04 | 89,148.47 | 74,797.87 | 498,648.02 |
| TOTAL COST OF REVENUES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GROSS PROFIT | 82,668.97 | 82,960.17 | 83,476.50 | 85,596.04 | 89,148.47 | 74,797.87 | 498,648.02 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| General & Administrative | 3,152.83 | 34,888.04 | 21,084.98 | 115,267.34 | 98,772.66 | 54,194.68 | 327,360.53 |
| Insiders Compensation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Professional Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 650.00 | 0.00 | 7,650.00 |
| Other | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| TOTAL OPERATING EXPENSES | 3,152.83 | 38,398.04 | 21,084.98 | 118,767.34 | 99,422.66 | 54,194.68 | 335,020.53 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 79,516.14 | 44,562.13 | 62,391.52 | -33,171.30 | -10,274.19 | 20,603.19 | 163,627.49 |
| INTEREST EXPENSE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPRECIATION | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ITEMS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 79,516.14 | 44,562.13 | 62,391.52 | -33,171.30 | -10,274.19 | 20,603.19 | 163,627.49 |
| FEDERAL INCOME TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-1) | $79,516.14 | $44,562.13 | $62,391.52 | ($33,171.30) | ($10,274.19) | $20,603.19 | $163,627.49 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\*\* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

MOR-6

*Revised 07/01/98*

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

| CASH RECEIPTS AND DISBURSEMENTS | 1/31/2013 | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $2,698.92 | $82,216.06 | $126,777.89 | $189,169.41 | $155,998.11 | $145,723.92 | $2,698.92 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 82,669.97 | 82,960.17 | 83,476.50 | 85,892.57 | 89,148.47 | 74,797.87 | 498,945.55 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. OTHER (attach list) | 0.00 | 0.00 | 0.00 | -296.53 | 0.00 | 0.00 | -296.53 |
| TOTAL RECEIPTS** | 82,669.97 | 82,960.17 | 83,476.50 | 85,596.04 | 89,148.47 | 74,797.87 | 498,649.02 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | 0.00 | 0.00 | 98,691.00 | 65,794.00 | 32,897.00 | 197,382.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | 1,730.91 | 9,546.60 | 8,928.66 | 23,478.04 | 12,855.97 | 56,540.18 |
| 12. INSURANCE | 0.00 | 26,259.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,259.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. BANK FEES | 0.00 | 0.00 | 0.00 | 30.00 | 55.00 | 30.00 | 115.00 |
| 15. MANAGEMENT SERVICES | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 15,000.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 436.56 | 4,398.43 | 9,038.38 | 5,117.68 | 6,945.62 | 4,204.33 | 30,141.00 |
| 17. ADMINISTRATIVE & SELLING | 216.27 | 10.00 | 0.00 | 0.00 | 0.00 | 1,707.34 | 1,933.61 |
| 18. OTHER (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 3,152.83 | 34,898.34 | 21,084.98 | 115,267.34 | 98,772.66 | 54,194.64 | 327,370.79 |
| 19. PROFESSIONAL FEES | 0.00 | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 0.00 | 7,000.00 |
| 20. U.S. TRUSTEE FEES | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 | 0.00 | 650.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS** | 3,152.83 | 38,398.34 | 21,084.98 | 118,767.34 | 99,422.66 | 54,194.64 | 335,020.79 |
| 22. NET CASH FLOW | 79,517.14 | 44,561.83 | 62,391.52 | -33,171.30 | -10,274.19 | 20,603.23 | 163,628.23 |
| 23. CASH - END OF MONTH (MOR-2) | $82,216.06 | $126,777.89 | $189,169.41 | $155,998.11 | $145,723.92 | $166,327.15 | $166,327.15 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

6. Other - To correct miscoding error of deposit to cash from 3/13/13. Reported as income/receipt on March MOR-7.

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

## CASH ACCOUNT RECONCILIATION
## MONTH OF _____ 6/30/2013

| BANK NAME | Wells Fargo | Wells Fargo | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #9856908794 | #2296956572 | | | |
| ACCOUNT TYPE | D.I.P. OPERATING | OPERATING | | OTHER FUNDS | TOTAL |
| BANK BALANCE | 171,121.75 | 0.00 | | | $171,121.75 |
| DEPOSITS IN TRANSIT | 0.00 | 0.00 | | | $0.00 |
| OUTSTANDING CHECKS | 4,794.64 | 0.00 | | | $4,794.64 |
| ADJUSTED BANK BALANCE | $166,327.11 | $0.00 | $0.00 | $0.00 | $166,327.11 |
| BEGINNING CASH - PER BOOKS | 145,723.92 | 0.00 | | | $145,723.92 |
| RECEIPTS* | 74,797.87 | 0.00 | | | $74,797.87 |
| TRANSFERS BETWEEN ACCOUNTS | 0.00 | 0.00 | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | 0.00 | 0.00 | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | 54,194.68 | 0.00 | | | $54,194.68 |
| ENDING CASH - PER BOOKS | $166,327.11 | $0.00 | $0.00 | $0.00 | $166,327.11 |

**MOR-8**   *Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7   *Revised 07/01/98*

CASE NAME: SWB RIVER SQUAER CENTER PARTNERS, LP
CASE NUMBER: 13-30009-H1-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 | MONTH |
|---|---|---|---|---|---|---|
| 1. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | 2/28/2013 | 3/31/2013 | 4/30/2013 | 5/31/2013 | 6/30/2013 | MONTH |
|---|---|---|---|---|---|---|
| 1. Property Analysts Inc. (Appraiser) | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*

Printed: 07/09/13

**SUMMARY OWNER STATEMENT**
The Cromwell Company
Prepared for Owner: S W B River Square Center Partners, Lp
June 2013

Page 1

|  | June 2013 | Year To Date |
|---|---|---|
| Beginning Cash Balance | $ (51,848.06) | |
| Receipts: | | |
| Property Income | $ 83,496.97 | $ 498,639.02 |
| Total Receipts | $ 83,496.97 | $ 498,639.02 |
| Disbursements: | | |
| Expenses Paid | $ 21,297.68 | $ 137,578.53 |
| Non-Operating Expenses | $ 32,897.00 | $ 197,382.00 |
| Disbursements to Owner | $ 0.00 | $ 8,602.03 |
| Total Disbursements | $ 54,194.68 | $ 343,562.56 |
| Other Cash Adjustments | $ 0.00 | |
| Ending Cash Balance | $ (22,545.77) | |

## SWB River Square Center Partners, LP
## Cash Transactions

| Type | Date | Num | Name | Amount | Balance | Receipts | Utilities | Mgt Svs | Repair/Maint | Insurance | Mortgage | Appraisal | US Trustee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bal Forward | 05/31/2013 | | BALANCE FORWARD | | 145,723.92 | | | | | | | | |
| | | | | | 145,723.92 | | | | | | | | |
| | 06/04/2013 | | Deposit | 10,653.65 x | 156,377.57 | 10,653.65 | | | | | | | |
| | 06/05/2013 | 1085 | Cromwell Mgt | -2,743.56 x | 153,634.01 | | | -2,500.00 | -243.56 | | | | |
| | 06/05/2013 | 1086 | Lawns Ltd | -499.97 x | 153,134.04 | | | | -499.97 | | | | |
| | 06/05/2013 | 1087 | Therrell Alarm Protection Svs | -59.54 x | 153,074.50 | | | | -59.54 | | | | |
| | 06/06/2013 | | Deposit | 34,431.06 x | 187,505.56 | 34,431.06 | | | | | | | |
| | 06/10/2013 | | Deposit | 24,702.91 x | 212,208.47 | 24,702.91 | | | | | | | |
| | 06/13/2013 | | Deposit | 1,519.00 x | 213,727.47 | 1,519.00 | | | | | | | |
| | 06/13/2013 | 1088 | AT&T | -95.23 x | 213,632.24 | | -95.23 | | | | | | |
| | | 1089 | Atmos Energy | -189.60 x | 213,442.64 | | -189.60 | | | | | | |
| | | 1090 | Central TX Security & Fire | -216.50 x | 213,226.14 | | | | -216.50 | | | | |
| | | 1091 | City of Waco | -714.08 x | 212,512.06 | | -714.08 | | | | | | |
| | | 1092 | Cromwell Mgt | -61.70 x | 212,450.36 | | | | -61.70 | | | | |
| | 06/18/2013 | | Deposit | 3,491.25 x | 215,941.61 | 3,491.25 | | | | | | | |
| | 06/27/2013 | EFT | Champion Energy | -10,581.43 x | 205,360.18 | | -10,581.43 | | | | | | |
| | 06/27/2013 | EFT | Wells Fargo Mortgage | -32,897.00 x | 172,463.18 | | | | | | -32,897.00 | | |
| | 06/27/2013 | | Wire Transfer Charge | -30.00 x | 172,433.18 | | | | -30.00 BK | | | | |
| | 06/27/2013 | 1093 | A-1 Fire & Safety Equipment | -213.25 x | 172,219.93 | | | | -213.25 | | | | |
| | | 1094 | Baker's Filter Service | -254.10 | 171,965.83 | | | | -254.10 | | | | |
| | | 1095 | Cromwell Mgt | -778.83 x | 171,187.00 | | | | -778.83 | | | | |
| | | 1096 | Jacobs Cathey Co. | -276.04 | 170,910.96 | | | | -276.04 | | | | |
| | | 1097 | M&M Services | -73.14 x | 170,837.82 | | | | -73.14 | | | | |
| | | 1098 | T&G Chemical & Supply | -372.22 | 170,465.60 | | | | -372.22 | | | | |
| | | 1099 | Alarm Center, Inc. | -37.83 x | 170,427.77 | | | | -37.83 | | | | |
| | | 1100 | All Around Maintenance | -638.68 | 169,789.09 | | | | -638.68 | | | | |
| | | 1101 | City of Waco | -1,275.63 | 168,513.46 | | -1,275.63 | | | | | | |
| | | 1102 | Cromwell Mgt | -208.38 x | 168,305.08 | | | | -208.38 | | | | |
| | | 1103 | Mattox Terrell & Assoc. | -1,707.34 | 166,597.74 | | | -1,707.34 | | | | | |
| | | 1104 | Parsons Commercial Roofing | -270.63 | 166,327.11 | | | | -270.63 | | | | |
| | | | Bank Service Charge | | 166,327.11 | | | | 0.00 | | | | |
| | | | | | 166,327.11 | | | | | | | | |
| | | | | 20,603.19 | 166,327.11 | 74,797.87 | -12,855.97 | -4,207.34 | -4,234.37 | 0.00 | -32,897.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| Net Activity - May | | 20,603.19 ✓ | Outstanding Checks: | -254.10 |
| Less: Deposits | | -74,797.87 ✓ | | -276.04 |
| | | | | -372.22 |
| Add: Utilities | 12,855.97 | | | -638.68 |
| Add: Mgt Svs | 4,207.34 | | | -1,275.63 |
| Add: Maintenance | 4,234.37 | | | -1,707.34 |
| Add Insurance | 0.00 | | | -270.63 |
| Mortgage | 32,897.00 | | | -4,794.64 ✓ |
| Operational Dispursements | 54,194.68 | 54,194.68 ✓ | | |
| | | | | |
| Appriasal | 0.00 | 0.00 | | |
| US Trustee | 0.00 | 0.00 | | |
| | | | | |
| Foot | | 0.00 | | |

Page 1 of 1

SWB River Square DIP

7/9/2013 12:48 PM

Register: Wells Fargo DIP
From 06/01/2013 through 06/30/2013
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 06/04/2013 | | | -split- | Deposit | | X | 10,653.65 | 156,377.57 |
| 06/05/2013 | 1085 | Cromwell Management Co. LP | Accounts Payable | | 2,743.56 | X | | 153,634.01 |
| 06/05/2013 | 1086 | Lawns Ltd. | Accounts Payable | | 499.97 | X | | 153,134.04 |
| 06/05/2013 | 1087 | Therrell Alarm Protection Se... | Accounts Payable | | 59.54 | X | | 153,074.50 |
| 06/06/2013 | | | -split- | Deposit | | X | 34,431.06 | 187,505.56 |
| 06/10/2013 | | | Undeposited Funds | Deposit | | X | 24,702.91 | 212,208.47 |
| 06/13/2013 | | | Undeposited Funds | Deposit | | X | 1,519.00 | 213,727.47 |
| 06/13/2013 | 1088 | AT&T | Accounts Payable | | 95.23 | X | | 213,632.24 |
| 06/13/2013 | 1089 | Atmos Energy | Accounts Payable | | 189.60 | X | | 213,442.64 |
| 06/13/2013 | 1090 | Central Texas Security & Fir... | Accounts Payable | | 216.50 | X | | 213,226.14 |
| 06/13/2013 | 1091 | City of Waco | Accounts Payable | | 714.08 | X | | 212,512.06 |
| 06/13/2013 | 1092 | Cromwell Management Co. LP | Accounts Payable | | 61.70 | X | | 212,450.36 |
| 06/18/2013 | | | Undeposited Funds | Deposit | | X | 3,491.25 | 215,941.61 |
| 06/27/2013 | | Champion Energy Services, ... | Accounts Payable | | 10,581.43 | X | | 205,360.18 |
| 06/27/2013 | | Wells Fargo Bank N A | Accounts Payable | Conf #130627 069219 | 32,897.00 | X | | 172,463.18 |
| 06/27/2013 | 1093 | A-1 Fire and Safety Equipme... | Accounts Payable | | 213.25 | X | | 172,249.93 |
| 06/27/2013 | 1094 | Baker's Filter Service | Accounts Payable | | 254.10 | | | 171,995.83 |
| 06/27/2013 | 1095 | Cromwell Management Co. LP | Accounts Payable | | 778.83 | X | | 171,217.00 |
| 06/27/2013 | 1096 | Jacobs Cathey Co. | Accounts Payable | | 276.04 | | | 170,940.96 |
| 06/27/2013 | 1097 | M & M Services | Accounts Payable | | 73.14 | X | | 170,867.82 |
| 06/27/2013 | 1098 | T & G Chemical & Supply Co. | Accounts Payable | | 372.22 | | | 170,495.60 |
| 06/27/2013 | 1099 | Alarm Center, Inc. | Accounts Payable | | 37.83 | X | | 170,457.77 |
| 06/27/2013 | 1100 | All Around Maintenance | Accounts Payable | | 638.68 | | | 169,819.09 |
| 06/27/2013 | 1101 | City of Waco | Accounts Payable | | 1,275.63 | | | 168,543.46 |
| 06/27/2013 | 1102 | Cromwell Management Co. LP | Accounts Payable | | 208.38 | X | | 168,335.08 |
| 06/27/2013 | 1103 | Mattox, Terrell & Associates... | Accounts Payable | | 1,707.34 | | | 166,627.74 |
| 06/27/2013 | 1104 | Parsons Commercial Roofing | Accounts Payable | | 270.63 | | | 166,357.11 |
| 06/30/2013 | | | Bank Service Charges | Service Charge | 30.00 | X | | 166,327.11 |

# Business Checking

Account number: 9856908794 ■ June 1, 2013 - June 30, 2013 ■ Page 1 of 4



SWB OF RIVER SQUARE CENTER PARTNERS
DEBTOR IN POSSESSION
CH11 CASE 13-30009 (STX)
13131 DAIRY ASHFORD RD STE 175
SUGAR LAND TX 77478-4531

### Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-CALL-WELLS** (1-800-225-5935)

TTY: 1-800-877-4833
En español: 1-877-337-7454

Online: wellsfargo.com/biz

Write: Wells Fargo Bank, N.A. (808)
Post Office Box 266000
Dallas, TX 75326

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts and best practices from real business owners. Topics include cash flow management, how to build and apply for credit, commercial real estate financing, marketing, and more. Visit the site at wellsfargobusinessinsights.com.

## Account options

A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

### Activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $154,578.67 |
| Deposits/Credits | 74,797.87 |
| Withdrawals/Debits | - 58,254.79 |
| **Ending balance on 6/30** | **$171,121.75** |
| Average ledger balance this period | $193,847.29 |

Account number: 9856908794
**SWB OF RIVER SQUARE CENTER PARTNERS**
**DEBTOR IN POSSESSION**
**CH11 CASE 13-30009 (STX)**

*Texas/Arkansas account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 111900659

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:   **9856908794**   ■ June 1, 2013 - June 30, 2013   ■ Page 2 of 4


WELLS FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/3 | | Champion Champ Debt 130531 1110040220 Swb River Square Gp L | 8375.55 | 5,846.25 | |
| 6/3 | | Champion Champ Debt 130531 1110040221 Swb River Square Gp L | | 2,529.30 | |
| 6/3 | 1076 | Check | | 95.20 | 146,107.92 |
| 6/4 | | Deposit | 10,653.65 | | |
| 6/4 | 1083 | Check | | 129.90 | 156,631.67 |
| 6/6 | | Deposit | 34,431.06 | | |
| 6/6 | 1085 | Check | | 2,743.56 | 188,319.17 |
| 6/7 | 1087 | Check | | 59.54 | 188,259.63 |
| 6/10 | 1086 | Check | | 499.97 | 187,759.66 |
| 6/12 | | Deposit | 24,702.91 | | 212,462.57 |
| 6/14 | | Deposit | 1,519.00 | | |
| 6/14 | 1080 | Check | | 254.10 | 213,727.47 |
| 6/17 | 1091 | Check | | 714.08 | 213,013.39 |
| 6/18 | | Deposit | 3,491.25 | | |
| 6/18 | 1090 | Check | | 216.50 | |
| 6/18 | 1092 | Check | | 61.70 | 216,226.44 |
| 6/19 | 1089 | Check | | 189.60 | |
| 6/19 | 1088 | Check | | 95.23 | 215,941.61 |
| 6/27 | | Wire Trans Svc Charge - Sequence: 130627069219 Srf# Trn#130627069219 Rfb# | | 30.00 | |
| 6/27 | | WT Seq#69219 Wells Fargo Bank N.A. /Bnf= Srf# Trn#130627069219 Rfb# | | 32,897.00 | |
| 6/27 | 1095 | Check | | 778.83 | |
| 6/27 | 1102 | Check | | 208.38 | 182,027.40 |
| 6/28 | | Champion Champ Debt 130627 1110040220 Swb River Square Gp L | 10,581.43 | 7,623.44 | |
| 6/28 | | Champion Champ Debt 130627 1110040221 Swb River Square Gp L | | 2,957.99 | |
| 6/28 | 1093 | Check | | 213.25 | |
| 6/28 | 1097 | Check | | 73.14 | |
| 6/28 | 1099 | Check | | 37.83 | 171,121.75 |
| **Ending balance on 6/30** | | | | | **171,121.75** |
| **Totals** | | | **$74,797.87** | **$58,254.79** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1076 | 6/3 | 95.20 | 1088 | 6/19 | 95.23 | 1093 | 6/28 | 213.25 |
| 1080 * | 6/14 | 254.10 | 1089 | 6/19 | 189.60 | 1095 * | 6/27 | 778.83 |
| 1083 * | 6/4 | 129.90 | 1090 | 6/18 | 216.50 | 1097 * | 6/28 | 73.14 |
| 1085 * | 6/6 | 2,743.56 | 1091 | 6/17 | 714.08 | 1099 * | 6/28 | 37.83 |
| 1086 | 6/10 | 499.97 | 1092 | 6/18 | 61.70 | 1102 * | 6/27 | 208.38 |
| 1087 | 6/7 | 59.54 | | | | | | |

*\* Gap in check sequence.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

Printed: 07/09/13                **RENT ROLL**                                          Page 1
                                 June 2013
                              The Cromwell Company

| Unit #<br>Address | Unit Status | Tenant Name | Tenant Status<br>Sq. Ft | Lease<br>Expires | Tenant Rec Chgs<br>Deposit Held | Charges MTD<br>Pymts MTD | Last Payment<br>Balance Due |
|---|---|---|---|---|---|---|---|
| **PROPERTY: 1 -- River Square Center** | | | | | | | |
| 1-100<br>215 S. 2nd#100 | Occupied | The Olive Branch | Current<br>4410 | 04/30/15 | 5,970.00<br>0.00 | 5,970.00<br>6,132.00 | 06/05/13<br>0.00 |
| 1-101<br>215 Mary St.#101 | Occupied | Barby Williams | Current<br>0 | | 0.00<br>0.00 | 0.00<br>0.00 | 0.00 |
| 1-102<br>215 Mary St., | Occupied | Trojan Cork And Keg | Current<br>1500 | 08/31/16 | 3,000.00<br>5,000.00 | 3,000.00<br>3,000.00 | 06/05/13<br>0.00 |
| 1-104<br>215 S. 2nd St.#104 | Occupied | Barby Williams | Current<br>6760 | 05/31/16 | 4,551.27<br>0.00 | 4,551.27<br>3,987.96 | 06/05/13<br>564.21 |
| 1-213<br>213 Mary Avenue, | Occupied | Shops At River Square | Current<br>30000 | 12/31/14 | 24,702.91<br>0.00 | 24,702.91<br>24,702.91 | 06/10/13<br>0.00 |
| 1-217<br>6440 N. Central ExpresswaySte. 205 | Occupied | Diamond Backs | Current<br>12800 | 04/30/14 | 4,972.30<br>0.00 | 4,972.30<br>4,972.30 | 06/05/13<br>0.00 |
| 1-219<br>6440 N. Central ExpresswaySte. 205 | Occupied | Gratzianos - Combined... | Current<br>0 | 04/30/14 | 4,620.00<br>0.00 | 4,620.00<br>4,620.00 | 06/05/13<br>0.00 |
| 1-221<br>6440 N. Central ExpresswaySte. 205 | Occupied | Cricket's Of Waco | Current<br>10386 | 10/31/14 | 9,652.30<br>0.00 | 9,652.30<br>9,652.30 | 06/05/13<br>0.00 |
| 1-301<br>215 Mary St.#301 | Occupied | CFWW | Current<br>3325 | 09/30/13 | 3,491.25<br>3,491.25 | 3,491.25<br>3,491.25 | 06/17/13<br>0.00 |
| 1-302<br>215 S. 2nd St.Suite 302 | Occupied | Discovery Healthcare ... | Current<br>2352 | 09/30/14 | 2,940.00<br>3,175.20 | 2,940.00<br>2,940.00 | 06/01/13<br>0.00 |
| 1-303<br>215 Mary St.#303 | Occupied | Discovery Healthcare ... | Current<br>2352 | 10/31/15 | 3,037.50<br>3,037.50 | 3,037.50<br>3,037.50 | 06/01/13<br>0.00 |
| 1-304<br>215 Mary St.#304 | Occupied | Unger & Associates Inv... | Current<br>1530 | 07/31/14 | 2,080.00<br>2,000.00 | 2,080.00<br>2,080.00 | 06/03/13<br>0.00 |
| 1-305<br>215 Mary St., | Occupied | Lockwood, Andrews &... | Current<br>2016 | 08/31/12 | 2,721.60<br>675.00 | 2,721.60<br>2,721.60 | 06/01/13<br>0.00 |
| 1-306<br>215 Mary St.#306 | Vacant | | 1531 | | 0.00<br>0.00 | 0.00<br>0.00 | 0.00 |
| 1-307<br>215 Mary St.#307 | Occupied | The Scott Riddle Agency | Current<br>1350 | 09/30/14 | 1,825.00<br>1,755.00 | 1,825.00<br>1,825.00 | 06/01/13<br>0.00 |
| 1-308<br>215 Mary St.#308 | Occupied | Stiba And Beene Weal... | Current<br>1879 | 09/30/13 | 2,536.65<br>0.00 | 2,536.65<br>2,536.65 | 06/05/13<br>0.00 |
| 1-309<br>215 Mary St.#309 | Occupied | Gage Telecom, Llc | Current<br>1530 | 10/31/14 | 2,065.50<br>2,065.50 | 2,065.50<br>2,066.50 | 06/05/13<br>-9.00 |
| 1-310<br>215 Mary St.#310 | Occupied | The Nelson Law Firm | Current<br>1125 | MTM | 1,519.00<br>1,761.00 | 1,519.00<br>1,519.00 | 06/12/13<br>0.00 |

Printed: 07/09/13

**RENT ROLL**
June 2013
The Cromwell Company

Page 2

| Unit #<br>Address | Unit Status | Tenant Name | Tenant Status<br>Sq. Ft | Lease<br>Expires | Tenant Rec Chgs<br>Deposit Held | Charges MTD<br>Pymts MTD | Last Payment<br>Balance Due |
|---|---|---|---|---|---|---|---|
| 1-311<br>215 Mary St.#311 | Occupied | Self Directed Ira Service... | Current<br>3120 | 12/31/14 | 4,212.00<br>0.00 | 4,212.00<br>4,212.00 | 06/04/13<br>0.00 |
| 1-312<br>215 Mary St#312 | Vacant | | 633 | | 0.00<br>0.00 | 0.00<br>0.00 | 0.00 |
| TOTAL OF 20 RECORD(S) FOR PROPERTY# 1 | | | 88599 | | 83,897.28<br>22,960.45 | 83,897.28<br>83,496.97 | 555.21 |
| TOTAL FOR ALL PROPERTIES | | | 88599 | | 83,897.28<br>22,960.45 | 83,897.28<br>83,496.97 | 555.21 |

| Property Taxes | | 12/31/12 | 1/31/13 | 2/28/13 | 3/31/13 | 4/30/13 | 5/31/13 | 6/30/13 |
|---|---|---|---|---|---|---|---|---|
| Parcel: 215 S. 2nd Street | | 116,472.57 | 116,472.57 | 124,376.00 | 126,658.21 | 128,940.42 | 131,222.63 | 133,504.84 |
| Parcel: 217 Mary Ave | | 32,419.49 | 32,419.49 | 34,619.37 | 35,254.60 | 35,889.85 | 36,525.10 | 37,160.35 |
| | Total | 148,892.06 | 148,892.06 | 158,995.37 | 161,912.81 | 164,830.27 | 167,747.73 | 170,665.19 |
| | **Add'l P&I Due** | 0.00 | 0.00 | **10,103.31** | **2,917.44** | **2,917.46** | **2,917.46** | **2,917.46** |
| | Reported on Sch F | -149,556.00 | | | | | | |
| | Variance | -663.94 | | | | | | |